No. 387, Misc. SMART *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 442, Misc. HENTSCHEL ET UX. *v.* BABY BATHINETTE CORP. ET AL. C. A. 2d Cir. Certiorari denied. *Vine H. Smith* for petitioners. *William C. Combs* for the Baby Bathinette Corporation et al.; and *George Berkowitz* for the White Metal Rolling & Stamping Corporation, respondents.

No. 444, Misc. KOSTAL *v.* CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari denied.

No. 455, Misc. JOHNSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia H. Dubrovsky* for the United States.

No. 481, Misc. JANOWICZ *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 484, Misc. ZIEMAN *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 485, Misc. KOSS *v.* RANDOLPH, WARDEN. Circuit Court of Randolph County, Illinois. Certiorari denied.

No. 488, Misc. OBERY *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 491, Misc. DOLAN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Stanley M. Rosenblum* for petitioner. *Solicitor General Sobeloff, Assistant Attorney*

924

*General Olney* and *Beatrice Rosenberg* for the United States. 

No. 495, Misc. DAVIS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 496, Misc. NORVELL *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 498, Misc. LILLY *v.* RANDOLPH, WARDEN. Circuit Court of Randolph County, Illinois. Certiorari denied.

No. 499, Misc. WASHINGTON *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 505, Misc. BRUCE *v.* PENNSYLVANIA. Superior Court of Pennsylvania, Philadelphia District. Certiorari denied. 

No. 506, Misc. ATKINSON *v.* ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM, ET AL. Court of Criminal Appeals of Texas. Certiorari denied.

No. 511, Misc. SQUIRE *v.* NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 513, Misc. WILLIAMS *v.* DELMORE, WARDEN. Supreme Court of Washington. Certiorari denied.

No. 598. SKINNER *v.* UNITED STATES, 348 U. S. 981;
No. 609. CATO *v.* SILLING, 348 U. S. 981; and
No. 470, Misc. IN RE JUDD, 348 U. S. 980. Petitions for rehearing denied.